

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00082-CV

| | | |
|---|---|---|
| J-W POWER COMPANY, Appellant | § | On Appeal from the 271st District Court |
| V. | § | of Jack County (19-07-077) |
| | § | January 26, 2023 |
| JACK COUNTY APPRAISAL DISTRICT, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant J-W Power Company must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
    Justice Dabney Bassel